UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Case Transfers to
**District Judge Jacqueline Becerra**

*Garcia v. Jackson Health System, et al.*, Case No: 22-cv-20465

*Lyles v. American Zurich Insurance Co.*, Case No: 22-cv-23184

*Scheunemann v. Royal Caribbean Group*, Case No: 23-cv-22818

*Doe v. Academir Charter Schools, Inc.*, Case No: 23-cv-23004

*Deam v. Virgin Cruises Intermediate, Ltd, Inc.*, Case No: 23-cv-23073

*Wigfall v. Carnival Corporation*, Case No: 23-cv-23174

*Gonzalez v. Viator Tours, Inc.*, Case No: 23-cv-20410

*Oliver v. University of Miami*, Case No: 23-cv-20241

*Rodriguez v. Miami Dade County*, Case No: 24-cv-20269

*Vera v. Aventura Hospitality LLC et al.*, Case No: 24-cv-20430

*Nicolatos v. Resurgent Capital Service*, Case No: 24-cv-20487

*Mid-Castle Development v. Liqueous*, Case No: 24-cv-20511


*USA v. Applewhite*, Case No: 23-cr-60206

*USA v. Kendall*, Case No: 23-cr-60242

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Jacqueline Becerra.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

**ORDERED** that the above-styled actions are hereby **REASSIGNED** to the calendar of the **Honorable Jacqueline Becerra** as of **March 1, 2024** for all further proceedings. It is further

**ORDERED** that all currently pending hearings set before the undersigned Judge are hereby **TERMINATED** and are to be rescheduled by **District Judge Jacqueline Becerra.** It is further

**ORDERED** all deadlines will **REMAIN IN EFFECT** unless altered by **District Judge Jacqueline Becerra**. It is further

**ORDERED** that all papers hereafter filed shall bear the assigned case number followed by the initials **JB** in lieu of the present initials.

**DONE and ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this this 1st day of March, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

c: All counsel of record/pro se parties